1
2
3
4
5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   SKYLINE ADVANCED TECHNOLOGY          Case No.  18-cv-06641-CRB
    SERVICES,
9
                      Plaintiff,
10
            v.
11
    SABRINA SHAFER,
12
                      Defendant.
13

14
    SABRINA SHAFER,                       Case No.  19-cv-00787-CRB
15
                      Plaintiff,
16                                        **ORDER ADOPTING REPORT AND**
            v.                            **RECOMMENDATION**
17
    SKYLINE ADVANCED TECHNOLOGY
18  SERVICES, et al.,

19                    Defendants.

20

21        The Court has reviewed Magistrate Judge Robert M. Illman's Report and

22  Recommendation regarding Plaintiff Skyline Advanced Technology Services' motion for

23  evidentiary and monetary sanctions against Defendant Sabrina Shafer.  See R&R (dkt. 62) in Case

24  No. 18-06641-CRB.  Fourteen days have passed since the Report was filed and the Court has

25  received no objection.  The Court finds the Report correct, well-reasoned, and thorough, and

26  ADOPTS it in all respects.  Accordingly, the Court DISMISSES Ms. Shafer's case (Case No. 19-

27  cv-00787-CRB), and WILL INSTRUCT the jury in the Skyline case (Case No. 18-cv-6641-CRB)

28  //

United States District Court
Northern District of California

1   to presume that the lost information was unfavorable to Shafer.

2   **IT IS SO ORDERED.**

3   Dated: July 30, 2020

4   CHARLES R. BREYER
    United States District Judge