UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 7 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SABRINA SHAFER, | No. 21-16239 |
| Plaintiff-Appellant, | D.C. No. 3:19-cv-00787-CRB<br>Northern District of California,<br>San Francisco |
| v. | |
| SKYLINE ADVANCED TECHNOLOGY SERVICES, a California corporation, | ORDER |
| Defendant-Appellee, | |
| and | |
| MICHAEL ZANOTTO; et al., | |
| Defendants. | |

The appellant's motion (Docket Entry No. 3) for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 08/16/2021/Pro Mo